E-FILED
Friday, 31 March, 2023 12:34:56 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **WATCHFIRE SIGNS, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**CATALYST OUTDOOR ADVERTISING, LLC, STREET RD OUTDOOR, LLC, STREET RD LAND HOLDINGS, LLC, THADDEUS J. BARTKOWSKI, III, PATRICK WOLFINGTON, JOHN GRABOWSKI**, and **TIM EARLE**,<br><br>Defendants. | ) | Case No. 2:21-cv-02128 |

**DECLARATION OF RYAN MCCARTY IN SUPPORT OF PLAINTIFF WATCHFIRE SIGNS LLC'S MOTION FOR ATTORNEY'S FEES**

I, Ryan McCarty, declare as follows:

1. I am a Shareholder at Polsinelli PC, and I am the attorney of record for Plaintiff Watchfire Signs LLC ("Watchfire"). I have personal knowledge of the facts stated herein and would testify to them if called to do so.

2. From the outset of this litigation, I have directly performed or supervised all legal work performed in this case and have assisted in preparing the bills to Watchfire related to this matter.

3. Watchfire has a longstanding relationship with Polsinelli PC and has used this firm for a variety of matters.

4. At the outset of this matter, Watchfire engaged Polsinelli and agreed upon hourly rates for Polsinelli attorneys' time related to this representation. Under the terms of the

engagement, which did not involve a contingency for success or fee-shifting arrangement, Watchfire agreed to pay monthly invoices for the work Polsinelli performed on its behalf. Watchfire determined at this time that the agreed-upon hourly rate was reasonable and appropriate for this matter.

5. I am licensed to practice law in Illinois and Missouri and have been practicing for approximately 18 years, mainly as a commercial litigator. I have been a Shareholder with Polsinelli since 2014 and have litigated numerous complex commercial litigation cases. Based on my experience and training, my hourly rate at the start of this litigation was $635 per hour. In 2022, my hourly rate increased to $700 per hour.

6. I expended approximately 22.2 hours on time entries related to Defendants' production of responsive documents to RFPs 17 – 26.

7. Kymberly Kester is licensed to practice law in Tennessee and has been practicing for approximately 5 years, mainly as a commercial litigator. Prior to joining Polsinelli PC as an Associate, Ms. Kester clerked for the U.S. District Court for the Southern District of Mississippi for one year and litigated complex civil cases on behalf of the State of Tennessee. Based on her experience and training, Ms. Kester's reasonable hourly rate is $500 per hour.

8. Ms. Kester expended approximately 75.4 hours on time entries related to Defendants' production of responsive documents to RFPs 17 – 26.

9. Phillip Zeeck is licensed to practice law in Missouri and has been practicing for about 11 years, mainly as a commercial litigator. Mr. Zeeck is currently Of Counsel with Polsinelli PC and has litigated several complex commercial litigation cases. Based on his experience and training, Mr. Zeeck's reasonable hourly rate is $515 per hour.

10. Mr. Zeeck expended approximately 3.9 hours on time entries related to Defendants' production of responsive documents to RFPs 17 – 26.

11. I have reviewed the time entry records, worksheets, and invoices maintained or produced by Polsinelli in connection with this litigation. A true and correct copy of the relevant time entries that Polsinelli attorneys billed to Watchfire on this matter is attached as **Exhibit 1** to this declaration.

12. In total, Watchfire estimates that it has incurred approximately $30,000 in attorneys' fees to compel responses RFPs 17 – 26.[1] As of the date of this Declaration, Watchfire has paid its invoices in full through January 2023 and will soon pay its February 2023 invoice.

13. These fees are reasonable and necessary considering the time and labor required, the novelty and difficulty of the questions involved, the skill required to perform the legal services properly, and the effort that Polsinelli counsel has expended to represent Watchfire in compelling Defendants' production of responsive documents to RFPs 17 – 26.

14. I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 31st day of March, 2023.

*<u>/s/ Ryan J. McCarty</u>*_______________
Ryan McCarty

[1] Although counsel has blocked billed some time entries related to the Motion to Compel, he has reduced these amounts by half when estimating the amount of time spent compelling Defendants to produce responses to RFPs 17 – 26.